# ELECTRONIC RECORD

COA # 02-16-00218-CR      OFFENSE: 49.04

STYLE: Luis A. Cervantes v. The State of Texas      COUNTY: Tarrant

COA DISPOSITION: AFFIRM      TRIAL COURT: Criminal District Court No. 4

DATE: 12/08/16      Publish: NO      TC CASE #: 1433251D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Luis A. Cervantes v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: _____03/01/2017_____

JUDGE: _____Per Cur_____

Walker NOT PARTICIPATING

CCA #: 1446-16

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**